✍ ORIGINAL

JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
NUE VUKSENAJ,                      :
    a/k/a "Fat Tony,"

             Defendant.     :     07 CRIM 943

- - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        October 4, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                 By:   _____
                        David B. Massey
                        Assistant United States Attorney

                 AGREED AND CONSENTED TO:

USDC
DOC
ELEC
DOC             LLY FILED
DATE              By
        10/5/07

                 _____
                 David Wikstrom, Esq.
                 Attorney for Nue Vuksenaj

10/5/07   WHEEL A