TJT
JUDGE PATTERSON
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 09 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

    -v-                               :     07 Cr.

NUE VUKSENAJ,                     :
    a/k/a "Fat Tony,"
                             :

        Defendant.          :     **07 CRIM 943**
- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about July 2007, up to and including in or about August 2007, in the Southern District of New York and elsewhere, NUE VUKSENAJ, a/k/a "Fat Tony," the defendant, and others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 1955.

2. It was a part and an object of the conspiracy that NUE VUKSENAJ, a/k/a "Fat Tony," the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did conduct, finance, manage, supervise, direct, and own all and part of an illegal gambling business, namely a business that maintained illegal video gambling machines in bars and social clubs in Queens, New York, and the Bronx, New York, in violation

of New York State Penal Law Sections 225.00 and 225.05, and which business involved five and more persons who conducted, financed, managed, supervised, directed, and owned all and part of it, and which business had been and had remained in substantially continuous operation for a period in excess of thirty days and had gross revenues of $2,000 in a single day, in violation of Title 18, United States Code, Section 1955.

Overt Acts

     3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

     a.   In or about July 2007, in the Bronx, New York, NUE VUKSENAJ, a/k/a "Fat Tony," the defendant, met with a co-conspirator not named herein as a defendant ("CC-1") to discuss illegal video gambling machines.

     b.   In or about July 2007 up through and including in or about August 2007, CC-1 and another co-conspirator not named

herein as a defendant ("CC-2") carried to and within the Bronx, New York, gambling proceeds from illegal video gambling machines.

(Title 18, United States Code, Section 371.)

_____
MICHAEL J. GARCIA
United States Attorney

10/9/07 - Defendant present w/ atty Winston. AUSA Massey present. Defendant appears + is arraigned on this information. Defendant enters plea of not guilty. Court accepts plea. Discovery by 10/23/07, Defense motions by 11/6/07, Answer 11/13/07, argument 11/15/07 at 4PM. All time is excluded, 10/9, through 11/15/07. Conference scheduled for 10/16/07 at 4PM for possible plea. Defense makes the following applications that are granted:

1. House arrest be lifted.
2. Deft is to stay out of Astoria, Queens during the pendency of this action.

Court grants both applications, house arrest vacated, defendant to stay out of Astoria, Queens, also granted. Further, the defendant makes application to attend the funeral today in Hackensack, NJ of a family relative (Ms. Nikaj), application is also granted.

Patterson, J.