JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

           v.          :

NUE VUKSENAJ,          :          07 Cr. ___
    a/k/a "Fat Tony,"

          Defendant.          :          **07 CRIM    943**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States

Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open

Court, prosecution by indictment and consents that the proceeding may be by information instead

of by indictment.



                 Defendant

                 Witness

                 Counsel for Defendant

Date:  New York, New York
       October 9, 2007

USDC SDNY
ELECTRONICALLY FILED
OCT 0 9 2007

0202