

LAW OFFICES
# DAVID WIKSTROM
26 BROADWAY · 19TH FLOOR
NEW YORK, NY 10004

E-MAIL: DAVIDWIKSTROM@AOL.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 9, 2008

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
*By Facsimile: (212) 805-7917*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/12/07_

Re: <u>United States v. Nue Vuksanaj</u>
07 CR 943 (RPP)

## MEMO ENDORSED

Dear Judge Patterson:

At the conclusion of yesterday's arraignment, I sought an order of the Court removing the "home confinement" condition from the set of bail conditions set by the Magistrate Judge at the time of the Defendant's initial appearance in August. The Government consented to this application, and the Court granted it. Apparently my language was imprecise, and I therefore submit this additional letter to your Honor to clarify. I respectfully request that the electronic monitoring of the defendant be terminated – inasmuch as it is mooted by his freedom to leave his home – and that the ankle bracelet he wears be removed by Pretrial Services.

Assistant United States Attorney David Massey has no objection to this application. I therefore ask your Honor to "So Order" this letter so that it may be provided to Mr. Vuksanaj's supervising pretrial services officers.

I thank the Court for its assistance.

Sincerely yours,

David Wikstrom

So ordered
David P Patterson
USDJ
10/10/07

cc: David Massey, AUSA
Scott Kowal, PTSO