LAW OFFICES
DAVID WIKSTROM
26 BROADWAY · 19TH FLOOR
NEW YORK, NY 10004

E-MAIL: DAVIDWIKSTROM@AOL.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

November 1, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
*By Fax: (212) 805-7917*

**MEMO ENDORSED**

Re: United States v. Nue Vuksanaj, et al.
    07 CR 943 (RPP)

Dear Judge Patterson:

    I write, with the consent of Assistant United States Attorney David Massey, to request that the Court authorize the Defendant to travel to New Jersey tonight to complete Round 2 of a sleep study he is undergoing. A previous request for this relief, which was made while the Defendant was still under house arrest, was granted by Magistrate Judge Eaton in September, pursuant to which Mr. Vuksanaj spent the night at the lab on October and returned home without incident. Mr. Vuksanaj requests permission to do so again. If granted, he will spend the night at Sleep Lab, located at 385 Tremont Avenue East Orange, New Jersey 07018, telephone number (973) 676-1000, ext. 1637.

    If the Court approves these requests, I would ask your Honor to "So Order" this letter so that I may provide it to Mr. Vuksanaj's supervising Pretrial Services Officer. I thank the Court for its attention and consideration.

Sincerely yours,

David Wikstrom

So ordered
RPP Patterson
USDJ
11/1/07

DW:ms

cc: AUSA Benjamin Gruenstein
    PSO Scott Kowal