LAW OFFICES
# DAVID WIKSTROM
26 BROADWAY - 19TH FLOOR
NEW YORK, NY 10004

E-MAIL: DAVIDWIKSTROM@AOL.COM

TELEPHONE: (212) 248-5611
FACSIMILE: (212) 248-2888



**MEMO ENDORSED**

November 21, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
*By Facsimile: (212) 805-7917*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

Re: United States v. Nue Vuksanaj
07 CR 943 (RPP)

Dear Judge Patterson:

I write to the Court in connection with the Government's application based upon Mr. Vuksanaj's conceded ineligibility for CJA counsel. The Court has already set a further status conference in this case for November 26th, 2007. For the reasons set forth below, I believe it is unnecessary to proceed on the 26th, and respectfully request that a status conference be scheduled for approximately 30 days hence.

Mr. Vuksanaj was released on a $1 million dollar PRB, secured by the signatures of five cosigners and by real estate valued at more than $500,000. The real estate portion of the bail (as to which a title report and appraisal was submitted to the government in advance), was satisfied by Mr. Vuksanaj's execution of an Agreement to Forfeit Property, which was filed in the Court Clerk's office, and by the execution by Mr. Vuksanaj and his wife, Drita, of a confession of judgment in the amount of $1 million dollars. Due to counsel's oversight, however, the document was not filed in the Westchester County Clerk's office. This oversight now has the effect of permitting Mr. Vuksanaj to sell or borrow against his real property in order to generate funds with which to retain counsel, following which the confession of judgment will be filed and the Government's lien perfected. The Government informs me that it has no objection to proceeding in this fashion.

Under these circumstances, it is unnecessary to seek a ruling from your Honor on the 26th. Rather, I respectfully suggest that a further conference be scheduled in approximately one month, which will permit the Defendant sufficient time to retain counsel. And, inasmuch as the Defendant needs time to secure counsel, he does not object to the exclusion of this period from calculations under the Speedy Trial Act, 18 U.S.C. §3161(H)(8).

Hon. Robert P. Patterson
November 21, 2007
Page 2

I thank the Court for its assistance.

Sincerely yours,

David Wikstrom

cc: David Massey, AUSA

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*Application granted in part. Defendant may borrow money based on the real estate for the purpose of retaining counsel to represent him in this case, but for no other purpose. Thereafter, the confession of judgments will be filed immediately to perfect the government's lien. The next conference in this case will be held on December 21, 2007 at 9:30 AM.*

*So ordered*
*11/21/07  Robert P. Patterson  USDJ*

Case:       United States v. Nue Vuksanaj
Index No.   07 Cr. 943 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted in part.*

*Defendant may borrow money based on the real estate for the purpose of retaining counsel to represent him in this case, but for no other purpose. Thereafter, the confession of judgment will be filed immediately to perfect the government's lien. The next conference in this case will be held on December 21, 2007 at 9:30 a.m.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 11/21/07*