

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
NOV 21 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 21, 2007

**By Fax**

The Honorable Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7917

# MEMO ENDORSED

Re:   United States v. Nue Vuksenaj, 07 Cr. 943 (RPP)

Dear Judge Patterson:

The Government writes in response to the defendant Vuksanaj's letter to the Court dated November 21, 2007. In this letter, Vuksanaj consents to the exclusion of time through a control date approximately 30 days after November 26, 2007. Accordingly, based on the holiday schedule, the Government respectfully requests that the Court exclude time under the Speedy Trial Act between today and January 2, 2008. The Government makes this request, with the consent of the defense, to permit the defendant to retain new counsel, to permit the parties to discuss a resolution of this case without trial, and to prepare for trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

In addition, the Government's pending motion to disqualify CJA counsel provides a separate basis for the Court to exclude time. The Speedy Trial Act provides that the Court "shall . . . exclude[]" any "delay resulting from *any pretrial motion*, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. 3161(h)((1)(F) (emphasis added). This automatic exclusion of time for the filing of a motion does not turn on whether the Government or the defense files the motion. *Id.* Accordingly, the Government respectfully requests that the Court exclude time at least until the

*Application granted
So ordered*
[signature] Robert P. Patterson
11/26/07

Court decides the Government's motion to disqualify counsel, if not through the requested control date of January 3, 2008.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

                 By: _____
                        David B. Massey
                        Assistant United States Attorney
                        (212) 637-2283

cc:    David Wikstrom, Esq.
        Fax: 212 248 2866
        Tel: 212 248 5511