**MEMO ENDORSED**



LAW OFFICES
**DAVID WIKSTROM**
26 BROADWAY - 19TH FLOOR
NEW YORK, NY 10004

E-MAIL: DAVIDWIKSTROM@AOL.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

December 3, 2007

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
*By Fax: (212) 805-7917*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

Re: <u>United States v. Nue Vuksanaj, et al.</u>
07 CR 943 (RPP)

Dear Judge Patterson:

I write, with the consent of Assistant United States Attorney Benjamin Gruenstein, Esq., to request that the Court authorize the Defendant to travel to Connecticut and to Astoria, Queens this week, to interview witnesses in connection with his pending New York State case.

As the Court knows, Mr. Vuksanaj is a defendant in a pending criminal case in Queens, in which he is charged with gambling and gun possession. He is represented in that action by George Mayer, Esq. It is necessary for Mr. Vuksanaj and Mr. Mayer to interview witnesses in connection with that action; the witnesses are located in Astoria and in Connecticut, and a bail modification is necessary to permit such travel. They expect to conduct these interviews on Tuesday and Wednesday of this week. I have represented to the Government that Mr. Vuksanaj will at all times be in the company of Mr. Mayer during the interviews.

If the Court approves these requests, I would ask your Honor to "So Order" this letter so that I may provide it to Mr. Vuksanaj's supervising Pretrial Services Officer. I thank the Court for its attention and consideration.

Sincerely yours,

David Wikstrom

cc: AUSA Benjamin Gruenstein

*application granted*
*Robert P Patterson*
*USDJ*
*12/3/07*