# PULLMAN & COMLEY, LLC
## ATTORNEYS AT LAW





**ALEX V. HERNANDEZ**
Pullman & Comley, LLC
300 Atlantic Street
Stamford, CT 06901-3522
p 203 674 7952
f 203 363 8659
ahernandez@pullcom.com
www.pullcom.com

*VIA FACSIMILE:* (212) 805-7917

January 15, 2008

Hon. Robert P. Patterson
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/08
```

Re: *United States of America v. Nue Vuksanaj*, Docket Number: 07 CR 00943 (RPP)

Dear Judge Patterson:

This letter is submitted at the request of United States Probation Officer Scott Kowal in order to clarify an aspect of the Order Setting Conditions of Release in the above-captioned matter.

I am representing Mr. Vuksanaj and have filed a Notice of Appearance. The original Order Setting Conditions of Release limited my client's travel to the Southern and Eastern Districts of New York for court appearances. My office is in Stamford, Connecticut.

Mr. Kowal is requesting that Your Honor endorse a modification to the Order to allow my client to travel to Connecticut for the purpose of meeting with counsel. Mr. Massey and I had discussed this proposed modification previously and he has no objection to the modification.

I thank you in advance for your consideration.

Sincerely yours,

ALEX V. HERNANDEZ, Esq.
PULLMAN & COMLEY, LLC

cc: David Massey, Assistant United States Attorney
Scott Kowal, Pretrial Services Officer

*application granted,
so ordered
Robert P. Patterson
USDJ
1/15/08*

**BRIDGEPORT    GREENWICH    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS**

TOTAL P.02