UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

      v.                                         :

NUE VUKSENAJ,                           :        07 Cr. 943 (RPP)
    a/k/a "Fat Tony,"

           Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

        _____
        Defendant

        _____
        Witness

        _____
        Counsel for Defendant

Date:  New York, New York
       March 20, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ MAR 2 0 2008
DATE FILED: _____