APR-09-2008 14:15 PULLMAN & COMLEY BPT 203 330 2089 P.02
Case 1:07-cr-00943-RPP Document 38 Filed 04/10/2008 Page 1 of 1



**PULLMAN & COMLEY, LLC**
ATTORNEYS AT LAW

RECEIVED APR - 9 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

T. SCOTT COWPERTHWAIT
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2044
f 203 576 8888
TSCowperthwait@pullcom.com
www.pullcom.com

April 9, 2008

Hon. Robert P. Patterson
United States District Court, Southern District
of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

    Re:    United States of America v. Nue Vuksanaj, Docket No. 07 CR 00943 (RPP)

Dear Judge Patterson:

    Enclosed please find a copy of my notice of appearance for the defendant, Nue Vuksanaj, in the above-referenced matter which was sent to the Clerk's Office on this date. I will be assisting Attorney Alex Hernandez in this matter going forward.

    I also write, with the consent of Assistant United States Attorney David Massey, to request that the Court endorse a modification to the Order Setting Conditions of Release to allow Mr. Vuksanaj to travel to the area around Stamford, Connecticut for the purpose of visiting his wife's family. Attorney Massey and I had discussed this proposed modification via e-mail and he indicated that he has no objection to the modification for this stated purpose.

    Thank you in advance for your attention and consideration of this matter.

Sincerely yours,

T. Scott Cowperthwait, Esq. (TC6599)
Pullman & Comley, LLC

Enclosure

cc:    Alex V. Hernandez, Esq.
       David Massey, Esq., Assistant United States Attorney

*Application granted.
So ordered*
[signature] USDJ
4/9/08

Bridgeport/72115.1/TSCOWPERTHWAIT/677960v1

BRIDGEPORT    GREENWICH    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS