AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

v.

NUE VUKSANAJ

**APPEARANCE**

Case Number: 07 CR 00943 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Nue Vuksanaj

I certify that I am admitted to practice in this court.

| 4/8/2008 | *signature* |
|---|---|
| Date | Signature |

| T. Scott Cowperthwait | TC6599 |
|---|---|
| Print Name | Bar Number |

Pullman & Comley, LLC, 850 Main Street
Address

| Bridgeport | CT | 06601 |
|---|---|---|
| City | State | Zip Code |

| (203) 330-2000 | (203) 576-8888 |
|---|---|
| Phone Number | Fax Number |

TOTAL P.03