**PULLMAN & COMLEY, LLC**
**ATTORNEYS AT LAW**

RECEIVED
JUN 16 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

T. SCOTT COWPERTHWAIT
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2044
f 203 576 8888
TSCowperthwait@pullcom.com
www.pullcom.com

**MEMO ENDORSED**

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

June 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

Hon. Robert P. Patterson
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

**Re: United States of America v. Nue Vuksanaj, Docket No. 07 CR 00943 (RPP)**

Dear Judge Patterson:

I represent defendant Nue Vuksanaj in the above-referenced matter. I write, with the consent of Assistant United States Attorney David Massey and in accordance with the Court's instructions during Mr. Vuksanaj's arraignment hearing on March 20, 2008, to request that the Court enter an Order vacating the confession of judgment in the amount of $1,000,000.00 against Mr. Vuksanaj. The confession of judgment is no longer necessary given the entry, and acceptance by the Court, of Mr. Vuksanaj's guilty plea as to Count One of the Superseding Information in this matter. Accordingly, Mr. Vuksanaj requests that the Court enter an Order vacating the confession of judgment.

Defendant must submit proposed order on notice to government. So ordered. Robert P. Patterson 6/17/08

I also write to request that the Court endorse a modification to the Order Setting Conditions of Release to allow Mr. Vuksanaj to travel to Astoria for the purpose of submitting a claim for the return of personal property and the filing of affidavits with the state court in connection with that claim. Again, Attorney Massey has indicated that he has no objection to the modification for this stated purpose.

Application granted. So ordered. Robert P. Patterson USDJ 6/17/08

Finally, I write to request an adjournment of Mr. Vuksanaj's sentencing hearing, which is currently set for June 25, 2008. Mr. Vuksanaj's probation officer, Dan J. Voice, informed my co-counsel, Attorney Alex Hernandez, that he requires at least another thirty (30) days in order to prepare the pre-sentencing report in this matter. Mr. Vuksanaj's counsel will be unavailable during the week of August 18-22, 2008. The undersigned counsel has not able to reach Attorney Massey to ascertain any dates on which Attorney Massey is unavailable. Accordingly, the undersigned counsel requests an adjournment of Mr. Vuksanaj's sentencing hearing until a date in September, 2008.

Adjournment granted. Sentencing 9/9/08 at 4 PM. So ordered. Robert P. Patterson USDJ 6/17/08

**PULLMAN & COMLEY, LLC**
**ATTORNEYS AT LAW**



Thank you in advance for your attention and consideration of this matter.

Sincerely yours,

T. Scott Cowperthwait, Esq. (TC6599)
Pullman & Comley, LLC

cc: Alex V. Hernandez, Esq.
David Massey, Esq., Assistant United States Attorney

Bridgeport/72115.1/TSCOWPERTHWAIT/685298v1

**Case:** **United States v. Nue Vuksanaj**
**Index No.** **07 Cr. 943 (RPP)**

**MEMO ENDORSEMENT READS:**

***Defendant must submit proposed order on notice to government.***
***So ordered.***
***Robert P. Patterson, Jr., U.S.D.J., 6/17/2008***

***Application granted.***
***So ordered.***
***Robert P. Patterson, Jr., U.S.D.J., 6/17/2008***

***Application granted. Sentencing 9/9/08 at 4 p.m.***
***So ordered.***
***Robert P. Patterson, Jr., U.S.D.J., 6/17/2008***