# M E M O R A N D U M

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 8/19/08
```

TO:　　　HONORABLE ROBERT P. PATTERSON
　　　　　U.S. District Court Judge

FROM:　　SCOTT KOWAL
　　　　　United States Pretrial Services Officer

　　　　　　　　　　　　　　　RE: Vuksanaj, Nue

　　　　　　　　　　　　　　　DOCKET #: 07 Cr 943

The attached memorandum prepared by Pretrial Services Officer

　　Scott Kowal　　　　　　　　　　(914) 390-4138

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]　　I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]　　Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at _____.
　　　　　　　　　　　　　　　　　　　DATE　　　　　　　　　　　　TIME

[ ]　　I direct that a bench warrant be issued for the defendant in this matter.

[ ]　　Please advise the court of the outcome in this matter.

[ ]　　So ordered　_Robert P Patterson_
　　　　　　　　　　_August 18, 2008_

COMMENTS:



# STATUS REPORT

**To:**   HONORABLE ROBERT P. PATTERSON
         U.S. District Court Judge

**From:** Scott Kowal
         Pretrial Services Officer

**Re:**   Vuksanaj, Nue
         07 Cr 943

**Date:** August 14, 2008

On 8/13/07, the defendant was arrested on charges of extortion. On that same date, he appeared before US Magistrate Andrew J. Peck who set bail at a $1,000,000 bond to be secured by $500,000 cash/property, travel restricted to the SD/EDNY, surrender travel documents, no new applications, strict PSA supervision with home incarceration under electronic monitoring. On 8/21/07, the defendant made bail and was ordered released.

On 10/9/07, the defendant appeared before Your Honor for arraignment on a felony information. The defendant entered a plea of not guilty and bail was modified to remove the home confinement condition. On 3/20/08, the defendant again appeared before Your Honor, entering a plea of guilty to the superseding information. Sentencing was scheduled for 6/25/08. The defendant's bail was continued. Sentencing is currently set for 9/9/08.

PSA is submitting this status report to inform all parties on the disposition of a local criminal matter that preceded the instant offense. On 4/1/06, the defendant was arrested in NYC for Criminal Possession of a Weapon and Possession of Gambling Records. Based on a recent criminal record update, PSA learned that the defendant entered a plea of guilty to Possession of Gambling Device (misdemeanor offense), and was sentenced to a small fine and time served. PSA is submitting this report only for the Court's information as we do not believe that this matter requires Court action.

**Cc:**  David Massey, AUSA

        T. Scott Cowperthwait, Defense Cousnel