# PULLMAN & COMLEY
### ATTORNEYS AT LAW



AUG 29 2008

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

## MEMO ENDORSED

T. SCOTT COWPERTHWAIT
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2044
f 203 576 8888
TSCowperthwait@pullcom.com
www.pullcom.com

August 29, 2008

Hon. Robert P. Patterson
United States District Court, Southern District
of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08
```

    **Re:**     **United States of America v. Nue Vuksanaj, Docket No. 07 CR 00943 (RPP)**

Dear Judge Patterson:

I, along with Alex V. Hernandez, Esq., represent defendant Nue Vuksanaj in the above-referenced matter. I write to request an adjournment of Mr. Vuksanaj's sentencing hearing, which is currently set for September 9, 2008 at 4:00 p.m. On August 22, 2008, we received a copy of the Pre-sentence report ("PSR") prepared by Mr. Voice. Due to conflicting vacation schedules and the upcoming holiday, we have not been able to fully address the issues raised in the PSR nor have we had an opportunity to meet with Mr. Vuksanaj to discuss the recommendations in the PSR. Accordingly, the undersigned counsel requests an adjournment of Mr. Vuksanaj's sentencing hearing until October 3, 2008, in order to fully address the issues raised in the PSR and present objections to the U.S. Probation Office within the appropriate time period pursuant to Rule 32(f)(1) and (2) of the Rules of Criminal Procedure. U.S. Probation Officer Dan J. Voice has indicated that he consents to this request. I have been unable to reach Assistant United States Attorney David Massey to ascertain his position.

Thank you in advance for your attention and consideration of this matter.

Respectfully submitted,

T. Scott Cowperthwait, Esq. (TC6599)
Pullman & Comley, LLC

*[Handwritten endorsement:]* Application granted. Sentencing adjourned to 10/3/08 at 4 PM. So ordered. Robert P. Patterson U.S.D.J. 9/8/08

cc:     Alex V. Hernandez, Esq.
        David Massey, Esq., Assistant United States Attorney
        Dan J. Voice, U.S. Probation Officer